# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **BOBBI GOODRICH,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:10-cv-00475-RAW |
| | § | |
| **ADVANTAGE STAFFING, LLC** | § | |
| **d/b/a HOLLAND EMPLOYMENT** | § | |
| **d/b/a THE HOLLAND GROUP, INC.,** | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER DISMISSING LAWSUIT

CAME before the Court, Plaintiff Bobbi Goodrich (n/k/a Bobbi Goodrich Downey) and Defendant Advantage Human Resourcing, Inc. (d/b/a Advantage Staffing), incorrectly named and referred to in this action as "Advantage Staffing, LLC d/b/a Holland Employment d/b/a The Holland Group, Inc." (the "Parties") and presented a Joint Motion to Dismiss with Prejudice. The Court has determined that such Motion should be **GRANTED**.

It is therefore **ORDERED, ADJUDGED AND DECREED** that the claims raised in this lawsuit by Plaintiff are **DISMISSED WITH PREJUDICE** with fees and costs to be borne by the party incurring them.

This Order is final and disposes of all parties and all issues.

SIGNED this 30th day of September, 2011.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma

**AGREED TO**:


*/s/ Amber L. Hurst*

HAMMONS, GOWENS & HURST
Mark Hammons, OBA #3784
Amber L. Hurst, OBA #21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

**ATTORNEYS FOR PLAINTIFF
BOBBI GOODRICH**



By: */s/ Buena Vista Lyons*
    Buena Vista Lyons
    Texas State Bar No. 00797630
    Allyn Jaqua Lowell
    Texas State Bar No. 24064143

**FORD & HARRISON LLP**
1601 Elm Street, Suite 4450
Dallas, Texas 75201
Telephone: (214) 256-4700
Facsimile: (214) 256-4701

AND

    Charles S. Plumb, OBA #7194
    Heidi Brasher, OBA #21612

**MCAFEE & TAFT**
1717 S. Boulder, Suite 900
Tulsa, Oklahoma 74119
Telephone: (918) 587-0000
Facsimile: (918) 574-3103

**ATTORNEYS FOR DEFENDANT
ADVANTAGE HUMAN RESOURCING, INC.
(d/b/a ADVANTAGE STAFFING)**